BRUCE L. AHNFELDT, ESQ. (SBN 87747)
LAW OFFICE OF BRUCE L. AHNFELDT
Post Office Box 6078
Napa, California 94581
(707) 224-6547
(707) 224-2518 (Facsimile)
Email: bruce@ahnfeldtlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY PINA and RANDY PINA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>and DOES 1-50, inclusive,<br><br>Defendants.<br>_____/ | NO. C-07-1903 SC<br><br>**STIPULATION AND**<br>~~PROPOSED~~ **ORDER** |

It is hereby stipulated by the parties that the Case Management Conference scheduled for February 8, 2008 at 10:00am shall be continued for 30 days, due to the scheduled mediation currently calendared for February 8, 2008, and other reasons set forth in Defendants Case Management Conference.

DATED: 1/22/2008 /SN/
Bruce L. Ahnfeldt
Attorney for Plaintiff

CINDY PINA - STIPULATION AND PROPOSED ORDER 1

DATED: 1/22/2008

/SN/
James Scharf
Attorney for Defendant

SO ORDERED

DATED: 1/24/08

Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

The Case Management Conference is continued to March 21, 2008 at 10:00 A.M.

The Case Management Conference is continued to March 21, 2008 at 10:00 A.M.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

1/24/08