BRUCE L. AHNFELDT, ESQ. (SBN 87747)
**LAW OFFICE OF BRUCE L. AHNFELDT**
Post Office Box 6078
Napa, California 94581
(707) 224-6547
(707) 224-2518 (Facsimile)
Email: bruce@ahnfeldtlaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY PINA and RANDY PINA, | NO. C-07-1903 SC |
| Plaintiffs, | **DISMISSAL WITH PREJUDICE** |
| vs. | |
| UNITED STATES OF AMERICA; and DOES 1-50, inclusive, Defendants. | |

PLAINTIFF'S CINDY PINA AND RANDY PINA hereby request a Dismissal with Prejudice of the entire action, pursuant to settlement.

DATED: 4/16/08

_____
BRUCE L. AHNFELDT
Attorney for Plaintiffs

///
///
///
///

DISMISSAL WITH PREJUDICE

DATED: 4/16/08

*James Scharf* (signature)
JAMES A. SCHARF
Attorney for Defendant

SO ORDERED:

DATED: 4/24/08

HON. S............ IOR JUDGE
UNTIED............ COURT

IT IS SO ORDERED
*Samuel Conti* (signature)
Judge Samuel Conti

DISMISSAL WITH PREJUDICE